UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/09

NETWORK ENTERPRISES, INC.,

                Plaintiff,

-v-

SANDLER COMMUNICATIONS, INC. *et al.*,

                Defendants.

No. 09 Civ. 4664 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendants Patrick Schaefer, Lee Schaefer, and Craig Leitner (collectively, the "Individual Defendants"), dated June 30, 2009, requesting an extension in time in which to answer or otherwise respond to Plaintiff's Complaint, and informing the Court that the Individual Defendants intend to file a motion to dismiss.

The Court hereby extends the time by which the Individual Defendants may move, answer, or otherwise respond to Plaintiff's Complaint until after the conference scheduled for July 15, 2009 at 9:15 a.m. The Court further orders that the Individual Defendants submit a proper pre-motion letter, as set forth in my Individual Practices, Rule 2.A, to be *received* by the Court no later than Monday, July 6, 2009. Plaintiff shall submit its response, to be *received* by the Court no later than Thursday, July 10, 2009. The Parties are further reminded to provide the Court with the submissions described in the Court's June 15, 2009 initial order no later than July 9, 2009. All submissions are to be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:      June 30, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE