```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETWORK ENTERPRISES, INC.,

          Plaintiff,

-v-

SANDLER COMMUNICATIONS, INC. *et al.*,

          Defendants.

No. 09 Civ. 4664 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The motion to dismiss filed in this matter on November 25, 2009 was improperly filed as five motions. Accordingly, the Clerk of the Court is instructed to terminate the motions located at docket numbers 27, 28, 29, and 30.

SO ORDERED.

Dated:    November 25, 2009
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE